EDWARD B. LOWRY
RONALD R. TWEEL
GARY W. KENDALL
JOHN V. LITTLE
ELIZABETH P. COUGHTER
JAMES P. COX III
M. BRYAN SLAUGHTER (VA, WVA)
J. GREGORY WEBB (VA, WVA)
CHRISTINE THOMSON
DAVID W. THOMAS (VA, DC)
KYLE MCNEW
JASON P. SEIDEN
HOLLY R. VRADENBURGH
JORDAN E. MCKAY (VA, DC)



MICHIEHAMLETT
ATTORNEYS AT LAW

*Of Counsel*
EDWARD R. SLAUGHTER, JR.

*Retired*
THOMAS J. MICHIE
LEROY R. HAMLETT, JR.

BRUCE D. RASMUSSEN
(1946-2004)

500 COURT SQUARE, SUITE 300 ■ P.O. BOX 298
CHARLOTTESVILLE, VIRGINIA 22902-0298
www.michiehamlett.com
TELEPHONE: 434-951-7200   FACSIMILE: 434-951-7218

Direct Dial: (434) 951-7239     Email: rjones@michiehamlett.com

**VIA FEDERAL EXPRESS**

March 31, 2015

Clerk – Civil Division
USDC Eastern District of Virginia
United States Courthouse
2400 West Avenue
Newport News, VA 23607

RE: **Phuc Doan, Derivatively and on behalf of Lumber Liquidators, Inv. v. Macon F. Brock, Jr., Carl R. Daniels, et al.**
USDC Eastern District of Virginia, Case No. _____

Dear Clerk,

At the request of David W. Thomas, Esq., I enclose the following:

1) Complaint (original);
2) Civil Cover Sheet; and
3) Check in the amount of $400.00 for the filing fee.

Please file the original Complaint initiating this matter. Please note the Complaint has a "Verification" (attached behind tab "1").

The Plaintiff is NOT requesting service of the Complaint at this time; nor is the Plaintiff requesting Summonses at this time.

Should you have any questions, please contact me at the above listed contact information.

Sincerely,

Robert N. Jones
Paralegal to David W. Thomas, Esq.

Enclosures
cc:   David W. Thomas, Esq. and E. Kyle McNew, Esq.
      Francis A. Bottini, Jr., Esq., Albert Y. Chang, Esq. and Yury A. Kolesnikov, Esq.
      Frank J. Johnson, Esq. and Michael I. Fistel, Jr., Esq.